```
                                   UNITED STATES DISTRICT COURT
                                      DISTRICT OF NEW JERSEY


                                   Civil Action No. 03-6185
JANSSEN PHARMACEUTICA    :           (Hon. John W. Bissell)
N.V., and JANSSEN PHAR-  :
MACEUTICA PRODUCTS,      :
L.P.                     :
                         :
     Plaintiffs and      :
     Counterclaim        :         ORDER REGARDING EXPERT DISCOVERY
     Defendants,         :
                         :
          v.             :
                         :
DR. REDDY'S LABORA-      :
TORIES, LTD. and DR.     :
REDDY'S LABORATORIES,    :
INC.                     :
                         :
     Defendants and      :
     Counterclaim        :
     Plaintiffs,         :
_____
                                   Civil Action No. 03-6220
JANSSEN PHARMACEUTICA    :           (Hon. John W. Bissell)
N.V., and JANSSEN PHAR-  :
MACEUTICA PRODUCTS,      :
L.P.                     :
                         :
     Plaintiffs and      :
     Counterclaim        :
     Defendants,         :
                         :
          v.             :
                         :
MYLAN PHARMACEUTICALS,   :
INC.                     :
                         :
     Defendant and       :
     Counterclaim        :
     Plaintiff,          :
```

These matters, which were previously consolidated for discovery purposes, came on for a status conference before the Court on June 15, 2005.

Having consulted with counsel and having considered the various proposals regarding the discovery schedule for experts, the Court hereby orders, on this 16th day of June 2005 as follows:

1) The party with the burden of proof on any claim or issue shall produce its expert report in accord with the requirements of the Federal Rules of Civil Procedure by July 31, 2005.

2) Responding expert reports shall be supplied by August 31, 2005.

3) Any rebuttal reports shall be supplied by September 21, 2005.

4) Any depositions of experts shall be completed by October 31, 2005.

5) There will be a status conference on November 3, 2005 at 11:00 a.m.

          S/   G. DONALD HANEKE
          UNITED STATES MAGISTRATE JUDGE