Arnold B. Calmann, Esq. (AC-3245)
Jeffrey Soos, Esq. (JS0589)
**SAIBER, SCHLESINGER, SATZ & GOLDSTEIN, LLC**
One Gateway Center - 13th Floor
Newark, NJ 07102-5311
(973) 622-3333

Robert F. Green
John E. Rosenquist
Christopher T. Griffith
Stephen R. Auten
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
(312) 616-5600

Attorneys for Defendant
Mylan Pharmaceuticals, Inc.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., and JANSSEN PHARMACEUTICA PRODUCTS, L.P., </br></br>      Plaintiffs and Counterclaim Defendants, </br></br> v. </br></br> MYLAN PHARMACEUTICALS, INC., </br></br>      Defendant and Counterclaim Plaintiff. | Civil Action No. 2:03 CV-06220 (JWB) </br></br> Return Date: September 12, 2005 </br></br> *Document Electronically Filed* |

## NOTICE OF APPEAL/OBJECTIONS TO DISTRICT COURT JUDGE BISSELL UNDER FED. R. CIV. P. 72 AND L. CIV. R. 72.1(c) ON BEHALF OF MYLAN PHARMACEUTICALS, INC. TO THE JUNE 29, 2005 ORDER OF MAGISTRATE JUDGE HANEKE

{00398988.DOC}

COUNSEL:

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 72(a) and Local Civil Rule 72.1(c), on **September 12, 2005, at 10:00 a.m.,** or as soon thereafter as counsel may be heard, Defendant Mylan Pharmaceuticals, Inc. ("Mylan") shall appear before the Honorable John W. Bissell, U.S.D.J., at the United States Post Office & Courthouse Building, Newark, New Jersey, on appeal and to file objections to the order of United States Magistrate Judge G. Donald Haneke dated June 29, 2005.

In support of the within appeal/objections, Mylan shall rely upon the Supporting Brief and Declaration of Stephen R. Auten (with Exhibits), submitted concurrently herewith, as well as upon oral argument which is specifically requested. Also enclosed herein is a proposed Order for the Court's consideration.

Respectfully submitted,

By: /s/ Arnold B. Calmann
Arnold B. Calmann, Esq. (AC-3245)
**SAIBER, SCHLESINGER, SATZ & GOLDSTEIN, LLC**
One Gateway Center - 13th Floor
Newark, NJ 07102-5311
(973) 622-3333

Robert F. Green
John E. Rosenquist
Christopher T. Griffith
Stephen R. Auten
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
(312) 616-5600

Attorneys for Defendant,
Mylan Pharmaceuticals, Inc.

Dated: July 15, 2005

{00398988.DOC}