## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., and JANSSEN PHARMACEUTICA PRODUCTS, L.P., | ) ) ) Civil Action No. 2:03-CV-06220 ) |
| Plaintiffs and Counterclaim Defendants, | ) ) ) Judge John W. Bissell |
| v. | ) ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) |
| Defendant and Counterclaim Plaintiff. | ) Magistrate Judge G. Donald Haneke ) |
| | ) ) |
| JANSSEN PHARMACEUTICA N.V. and JANSSEN PHARMACEUTICA PRODUCT, L.P., | ) ) Civil Action No. 2:03-CV-06185 ) |
| Plaintiffs and Counterclaim Defendants, | ) ) Judge John W. Bissell |
| v. | ) ) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) Magistrate Judge G. Donald Haneke ) ) |
| Defendants and Counterclaim Plaintiffs. | ) |

## EXPERT REPORT OF JOHN L. NEUMEYER, Ph.D.

1.      I expect to testify as an expert witness for the defendants in *Janssen Pharmaceutica N.V. et al. v. Mylan Pharmaceuticals, Inc.*, Civil Action No. 2:03 CV-06220 and *Janssen Pharmaceutica N.V. et al. v. Dr. Reddy's Laboratories, Ltd. et al.*, Civil Action No. 2:03-CV-06185. This Expert Report describes my expected affirmative testimony and contains my conclusions and opinions in this matter and the bases therefor. To the extent any new information is made available to me, I will evaluate that information to determine whether it has any impact on my opinions and conclusions set forth in this Expert Report. If necessary, I will update this Expert Report to take that information into consideration. I also reserve the right to

1

offer rebuttal testimony to any evidence or argument presented by plaintiffs (in the above-identified matters) or their experts regarding issues concerning U.S. Patent No. 4,804,663 ("the '663 patent"; Tab U) and/or aspects of drug development. To date, I have not made any exhibits that provide a summary of my opinions.

## PROFESSIONAL BACKGROUND AND QUALIFICATIONS

2.      I am currently employed as Director of Medicinal Chemistry at McLean Hospital Harvard Medical School in Massachusetts, a capacity I have worked in since 1996. Prior to that time, I held the titles of Scientific Director and Chairman of Research Biochemicals International (RBI) from 1981-1997, and Professor of Medicinal Chemistry and Chemistry at Northeastern University from 1969-1991.

3.      I obtained my B.S. in Pharmacy from Columbia University in 1952, and my Ph.D. in Medicinal Chemistry from the University of Wisconsin in 1961.

4.      I have worked for various companies in the pharmaceutical industry, including Johnson & Johnson, F.M.C. Corporation and Arthur D. Little, where my responsibilities included varied work under such titles as Research and Development Chemist, Group Leader and Consultant.

5.      I have authored or co-authored more than 275 articles in the field of Medicinal Chemistry and Pharmacology. I am named either as an inventor or co-inventor on twenty-one (21) United States Patents.

6.      In addition to teaching, research work and publishing, I currently work for the United States Government as a consultant.

7.      My curriculum vitae, which describes in greater detail my professional experience and qualifications, is attached at Tab A.

2

## BACKGROUND INFORMATION

8.      Attached at Tab B is a list of general terms used in Drug Development.  They are referred to hereinafter in my Expert Report and form the terminology for the conclusions and opinions expressed in it.

## CONCLUSIONS AND OPINIONS

### I.      The Pre-Clinical Research and Development Process of Drugs in the Early 1980s, and the Level of Those of Ordinary Skill Working in That Process

9.      I have read those portions of the Expert Reports of Drs. Wolf and LaVoie that discuss the Pre-Clinical Drug Research and Development Process in the early 1980s, the level of those of ordinary skill working in that Process and the general principles of Medicinal Chemistry (Wolff at ¶¶ 14-18 and LaVoie at ¶¶10-19), and I agree with the conclusions and opinions expressed by them with respect to those topics.

### II.      State of Antipsychotic Drug Development and Research in the Early-1980s

10.      In the early 1980s, those working in the field of antipsychotics were searching for a drug that was both effective in its ability to treat schizophrenia, while at the same time minimizing the side-effects that were seen with then-existing antipsychotics.  Classical, or so-called "typical" antipsychotic drugs were well-known to produce, in addition to their antipsychotic effects, side-effects referred to as extrapyramidal symptoms or "EPS."  Thus, research to develop antipsychotics in the early 1980s focused on producing an antipsychotic drug having minimal EPS.

11.      Those of ordinary skill working in drug development in the early 1980s understood that an important (but not the only) criterion for a drug to be effective as an antipsychotic was that it had to bind to receptors for a brain chemical called dopamine.  *See, e.g.,*

3

Creese I., Burt D.R. and Snyder S.H., "Dopamine Receptor Binding Predicts Clinical and Pharmacological Potencies of Antischizophrenic Drugs," Science, vol. 192 (1976) at 481-483 (Tab C); and Carlsson A. and Lindquist M., "Effect of Chlorpromazine and Haloperidol on Formation of 3-methoxytyramine and Normetanephrine in Mouse Brain," Acta Pharmacologica et Toxicologica, vol. 20 (1963) at 140-144 (Tab D). By the early 1980s, it was predicted that there was a direct correlation between blockade of dopamine receptors in the brain and the tendency of the typical antipsychotics to produce EPS. See, e.g., Waldmeier P.C. and Delini-Stula A.A., "Serotonin-Dopamine Interactions in the Nigrostriatal System," European Journal of Pharmacology, vol. 55 (1979) at 363-373 (Tab E); Goldman, D., "Treatment of Phenothiazine-induced Dyskinesia," Psychopharmacology, vol. 47 (1976) at 271-72 ("Goldman"; Tab F); and Balsara et al., "Effects of Drugs Influencing Central Serotonergic Mechanisms on Haloperidol-Induced Catalepsy," Psychopharmacology, vol. 62 (1979) at 67-69 ("Balsara"; Tab G).

12.    Clozapine (the first atypical antipsychotic) was introduced in 1972. As early as 1978, the scientific literature proposed that Clozapine's lack of EPS might be due to its high degree of antiserotonin activity. See A. Sulpizio et al., "Antagonism of Fenfluramine-Induced Hyperthermia: A measure of Central Serotonin Inhibition," Life Sciences, vol. 22 (1978) at 1439-1446 (Tab H). Work with other antipsychotics also suggested that the EPS associated with these drugs could be mitigated if the drugs also exhibited serotonin antagonism. See, e.g., Goldman and Balsara, supra ¶11, (Tabs F and G, respectively).

13.    The experience with Clozapine taught those of ordinary skill working to develop antipsychotic drugs in the early 1980s that a multi-receptor drug (unlike the so-called "typical" antipsychotics, which acted primarily on dopamine receptors) was the key to a drug that exhibited potent antipsychotic activity with little or no EPS. In 1980, research suggested that

4

some neuroleptic drugs functioned as both serotonin and dopamine antagonists. *See, e.g.,* H. Lai *et al.,* "Antiserotonin Properties of Neuroleptic Drugs," Psychopharmacology and Biochemistry of Neurotransmitter Receptors, Yamamura, Olsen, Usdin, eds., Elsevier North Holland, Inc., (1980) at 347-353 (Tab I); and J.E. Leysen *et al.,* "Serotonergic Component of Neuroleptic Receptors," Nature, vol. 272 (1978) at 168-171 (Tab J). Thus, a person of ordinary skill working in antipsychotic drug development in the early-1980s would want to develop chemical compounds that functioned not only as antagonists at dopamine receptors, but also at serotonin receptors.

## III. Pirenperone was Known to Those Working in the Development of Antipsychotics in the Early 1980s to be Both a Dopamine and Serotonin Antagonist

14.     By the early 1980s, a Janssen compound known as Pirenperone was disclosed in the scientific literature and in U.S. Patent No. 4,342,870 ("the '870 patent")[1] as being a potent serotonin antagonist. *See, e.g.,* the '870 patent (Tab V); Colpaert F.C. and Leysen J.E., "Characterization of *In Vivo* Agonist and Antagonist Activity of Purported 5-Hydroxytryptamine Antagonists and R 47 465, An LSD-Antagonist," 8th International Congress of Pharmacology Tokyo, Japan, July 19-24, 1981 (Tab K); Pawloski L., Przegelińeki E. and Hano J., "Antiserotonergic and Antidopaminergic Action of Pirenperone, A New $S_2$-Serotonin Receptor Antagonist," Naunyn-Schmiedeberg's Archives of Pharmacology, (Abstract of Joint Meeting of French and German Pharmacological and Toxicological Societies held in Freiburg, Germany), vol. 324 (1983) at R20 (#79) ("Pawloski", Tab L); and Meltzer H.Y., Simonovic M. and Gudelsky G.A., "Effects of Pirenperone and Ketanserin on Rat Prolactin Secretion In Vivo and In Vitro," European Journal of Pharmacology, vol. 92 (1983) at 83-89 ("Meltzer"; Tab M). The

---

[1] The '870 patent issued to Janssen Pharmaceutica N.V. in 1982.

5

structural formula of Pirenperone may be illustrated as having two sides, an A-Side and a B-Side.

A - Side          B - Side

Pirenperone

15.     The scientific literature available in the early 1980s also taught that Pirenperone was an antagonist for dopamine receptors in the human brain. *See, e.g.,* Pawlowski and Meltzer, *supra* ¶14, (Tab L and M, respectively) and A.R. Green *et al.*, "Inhibition of 5-Hydroxytryptamine-Mediated Behavior by the Putative 5-$HT_2$ Antagonist Pirenperone," Neuropharmacology, vol. 22 (1983) at 573-578 ("Green"; Tab N).  Therefore, it was known to those of ordinary skill working to develop antipsychotics in the early 1980s that Pirenperone was a potent antagonist at both dopamine and serotonin receptors in the human brain.

### IV.     Those Working to Develop Antipsychotics in the Early 1980s Would Have Been Motivated to Modify Pirenperone to Make It a Longer Lasting Drug

16.     Those of ordinary skill working to develop antipsychotics in the early 1980s would have also recognized that because of Pirenperone's relatively short duration of action there might be a potential problem with using it as a clinical antipsychotic outside of a controlled environment, such as a hospital. *See, e.g.,* Green; Tab N.  Because Pirenperone had a high affinity as an antagonist for both dopamine and serotonin receptors in the human brain, a person of ordinary skill working to develop antipsychotics in the early 1980s would have been motivated to determine the reason(s) for Pirenperone's short duration of action.  Such a person

would have considered Pirenperone's metabolism in the human body or its elimination from the human body as being that reason.

17.    A particularly susceptible group for metabolic inactivation in Pirenperone's structure is the ketone-group incorporated within the B-Side of the molecule.  By the early 1980s, it was well know that ketone-groups in drugs were susceptible to metabolic reduction to alcohols in the human body.

Ketone            Alcohol

For example, a 1978 paper reported that the relatively short duration of action of compounds containing ketone-groups might be due to the metabolic reduction of the ketone-group to an alcohol.  Pottier, J. *et al.*, "Species Differences in the Biotransformation of 4-(2-methyl-3-(4-chlorobenzoyl) phenyl)-butanoic acid (RU 16029)," Xenobiotica, vol. 8 (1978) at 429-437 ("Pottier"; Tab O).  Therefore, a person of ordinary skill working in antipsychotic drug development in the early 1980s would have been motivated to replace the ketone-group on the B-Side of Pirenperone with a different group that would allow for retention of dopamine and serotonin antagonist activity (*i.e.*, a bioisostere), but which would be metabolized at a slower rate.

18.    In 1982, a team of drug development scientists working at Hoechst-Roussel's laboratories in New Jersey reported to the annual meeting of the American Chemical Society that compounds containing 3-(piperidin-4-yl)[1,2]benzisoxazoles (which includes an isoxazole-group) on their B-Sides were effective as antipsychotics.  *See* J.T. Strupczewski *et al.*, "Synthesis and Neuroleptic Activity of 3-(1-Substituted-4-Piperidinyl)-1-2-Benzisoxazoles," 183rd Annual

7

Meeting of the American Chemical Society, Las Vegas, NV, March 28-April 2, 1982, MEDI Abstract 64 (Tab P). The Hoescht-Roussel scientists also disclosed a chemical pathway for replacing a ketone-group in an antipsychotic with an isoxazole-group by first converting the ketone-group to a group called a "ketoxime," and then converting the ketoxime to an isoxazole-group.

4-benzoyl piperidine
(keto group in red)

4-(benzketoxime) piperidine
(ketoxime in red)

4-(1,2-benzisoxazole) piperidine
(1,2-isoxazole in red)

19. Clearly, the literature available in the early 1980s disclosing Pirenperone as having potent antagonist activity at both dopamine and serotonin receptors would have motivated those of ordinary skill working in the field of antipsychotic drug development in the early 1980s to select Pirenperone as a lead compound. The fact that Pirenperone had a short duration of activity as a drug would have also motivated them to modify Pirenperone to achieve a longer-lasting drug activity. Recognizing that the ketone-group in Pirenperone's B-Side was known to be sensitive to metabolic biotransformation (*see Pottier, supra* ¶17, tab O), persons of ordinary skill working to develop antipsychotics in the early 1980s would have focused their attention on that ketone-group as a way of increasing Pirenperone's duration of drug activity. Based upon the disclosure by Hoescht-Roussell scientists in 1982, persons of ordinary skill working in the early 1980s to develop antipsychotics would have been motivated to modify the B-Side of Pirenperone by replacing the ketone-group with an isoxazole-group. In doing so, they would have reasonably expected that the resulting modified Pirenperone would be an antipsychotic with fewer EPS than the so-called typical antipsychotics being used at that time to treat schizophrenics. They would also have reasonably expected that replacement of the ketone-group on the B-Side of

8

Pirenperone (which is susceptible to metabolic reduction) with an isoxazole-group would result in a compound having an increased duration of antipsychotic activity in the human body.  They would also have recognized that replacement of the ketone-group on the B-Side of Pirenperone with an isoxazole-group should be bioisosteric with respect to antipsychotic activity.[2]

20.    The resulting modified Pirenperone (in which the ketone-group in the B-Side of the Pirenperone has been replaced by an isoxazole-group, as shown below as "Compound 11")[3] has the following structure:

Pirenperone                                    Compound 11

The chemical name of this compound is 3-[2-[4-(6-fluoro-1,2-benzisoxazol-3-yl)-1-piperidinyl]ethyl]-2-methyl-4H- pyrido[1,2-a]pyrimidin-4-one.  This exact same compound is one of the compounds claimed in Janssen's '663 patent (*See*, *e.g.*, claims 6, 12 and 18).

---

[2]  That a isoxazole-group is a bioisostere for a ketone-group in a drug is reported in G.M. Shutske *et al.*, "[3-Aryl-1,2-benzisoxazole-6-yl)oxy]acetic Acids.  A New Diuretic Series," J. Med. Chem., vol. 25 (1982) at 36-44 (Tab Q); European Patent Application No. EP 000266A1, published on July 11, 1979 (Tab R); German Patent Application DE 2642879A1, published on April 7, 1977 (Tab S); and J.C. Saunders *et al.*, "Potential Antinflammatory Compounds.2.Acidic Antinflammatory 1,2-Bensisoxazoles," J. Med. Chem., vol. 22 (1979) at 1554-58 (Tab T).

[3]  This modified Pirenperone compound is also disclosed in the '663 patent as being both "compound 10" (Example 5, col. 12 at line 54) and "compound 11" (Example 6, col. 13 at line 4) (Tab U).

## INFORMATION CONSIDERED

In forming the conclusions and opinions expressed in this Expert Report, I relied upon

my forty years of experience in the fields of Medicinal Chemistry and Drug Development and

my review of the following materials:

Balsara J.J., Jadhav J.H. and Chandorkar A.G., "Effects of Drugs Influencing Central Serotonergic Mechanisms on Haloperidol-Induced Catalepsy," Psychopharmacology, 62 (1979): 67-69.

Carlsson A. and Lindquist M., "Effect of Chlorpromazine and Haloperidol on Formation of 3-methoxytyramine and Normetanephrine in Mouse Brain," Acta Pharmacologica et Toxicologica, 20 (1963): 140-144.

Colpaert F.C. and Leysen J.E., "Characterization of *In Vivo* Agonist and Antagonist Activity of Purported 5-Hydroxytryptamine Antagonists and R 47 465, An LSD-Antagonist," 8th International Congress of Pharmacology Tokyo, Japan, July 19-24, 1981.

Creese I., Burt D.R. and Snyder S.H., "Dopamine Receptor Binding Predicts Clinical and Pharmacological Potencies of Antischizophrenic Drugs," Science, 192 (1976): 481-483.

Goldman D., "Treatment of Phenothiazine-induced Dyskinesia," Psychopharmacology, (Berlin) 47 (1976): 271-272.

Green A.R. *et al.*, "Inhibition of 5-Hydroxytryptamine-Mediated Behavior by the Putative 5-HT$_2$ Antagonist Pirenperone," Neuropharmacology, 22 (1983): 573-578.

Jones P. *et al.*, "1,2-Benzisoxazolyloxy (bzw. Thio) essigsauren und verwandte Verbindungen, Verfahren zu ihrer Herstellung sowie Arzneimittel die solche Verbindungen als Wirkstoff enthaiten," European Patent Application Number EP 2666 (July 11, 1979).

Lai H., Carino M.A. and Horita, A., "Antiserotonin Properties of Neuroleptic Drugs." Psychopharmacology and Biochemistry of Neurotransmitter Receptors, Eds. Yamamura H.I, Olsen R.W. and Usdin E. Elsevier North Holland, Inc. (1980): 347-353.

Leysen J.E., Niemegeers C.J.E., Tollenaere J.P. and Laduron P.M., "Serotonergic Component of Neuroleptic Receptors," Nature, 272 (1978): 168-171.

Meltzer H.Y., Simonovic M. and Gudelsky G.A., "Effects of Pirenperone and Ketanserin on Rat Prolactin Secretion In Vivo and In Vitro," European Journal of Pharmacology, 92 (1983): 83-89.

Pawlowski L., Przegelińeki E. and Hano J., "Antiserotonergic and Antidopaminergic Action of Pirenperone, A New S2-serotonin Receptor Antagonist," Naunyn-Schmiedeberg's Archives of Pharmacol., 92 (1983): 83-89.

Pottier J., Busigny M. and Raynaud J.P., "Species Differences in the Biotransformation of 4-(2-Methyl-3-(4-chlorobenzoyl)phenyl)butanoic Acid (RU 16029)," Xenobiotica, vol. 8, no. 7 (1978): 429-437.

Saunders J.C. *et al.* "Potential Antinflammatory Compounds. 2. Acidic Antinflammatory 1,2-Bensisoxazoles," J. Med. Chem., 22 (1979): 1554-58.

Shutske G.M., Setescak L.L., Allen R.C., Davis L., Effland R.C. and Ranbom K., "[(3-aryl-1,2-benzisoxazol-6-yl)oxy]acetic acids. A New Diuretic Series," Journal of Medicinal Chemistry, 25 (1982): 36-44.

Sulpizio A., Fowler P.J. and Macko E.,"Antagonism of Fenfluramine-Induced Hyperthemia: A Measure of Central Serotonin Inhibition," Life Sciences, 22 (1978): 1439-1446.

Strupczewski J.T., Allen R.C., Gardner B.A., Schmid B.L., Stache U., Glamkowski E.J., Jones M.J., Ellis D.B., and Geyer H.M., III, "Synthesis and Neuroleptic Activity of 3-(1-Substituted-4-Piperidinyl)-1-2-Benzisoxazoles," 183rd Annual Meeting of the American Chemical Society, Las Vegas, NV, March 28-April 2, 1982; MEDI Abstract 64.

Waldmeier P.C. and Delini-Stula A.A, "Serotonin-Dopamine Interactions in the Nigrostriatal System," European Journal of Pharmacology, 55 (1979): 363-373.

United States Patent Nos. 4,342,870 and 4,804,663.

German Patent Application DE 2642879A1.

European Patent No. EP 0002666B1.

Expert Reports of Drs. Wolf and LaVoie.

## LIST OF CASES IN THE LAST FOUR (4) YEARS

I have testified at trial or deposition in the following cases within the past four years:

(1) *Glaxo Group Limited et al. v. Dr. Reddy's Laboratories Ltd. et al.*, Civil Action No. 01-4066, United States District Court for the District of New Jersey.

## COMPENSATION

I am being compensated for my work in this matter at the rate of $400 per hour.

Date: July 29, 2005

John L. Neumeyer

11