# EXPERT REPORT OF WOLFF

## L

Case 2:03-cv-06220-PGS-ES    Document 66    Filed 06/01/06    Page 2 of 4 PageID: 3019

Psychopharmacology 47, 271—272 (1976)

**Psycho—
pharmacology**
© by Springer-Verlag 1976

# Treatment of Phenothiazine-Induced Dyskinesia

DOUGLAS GOLDMAN

179 East McMillan Street, Cincinnati, Ohio 45219, U.S.A.

*Abstract.* Previous experience indicated the possibility that a serotonin antagonist substance, was effective in relieving dyskinesia as a reaction to phenothiazine antipsychotic drugs. Since the substances used in the original observations did not become available on the United States market, a compound known to be a serotonin antagonist, cyproheptadine, which was readily available and safe, was used to treat three patients who had phenothiazine-induced dyskinesia. In these patients, cyproheptadine was definitely effective in relieving the dyskinesia over an extended period of time. Further controlled studies are required to confirm this report.

*Key words:* Dyskinesia — Phenothiazine reaction — Cyproheptadine — Serotonin antagonist.

Dyskinesia has, for many years, been recognized as a non-therapeutic effect (side-effect) of treatment of psychotic states with phenothiazine derivatives. It is generally assumed to result from drug effect on basal ganglia related to or analogous to that which produces the more commonly recognized classic manifestations of parkinsonism. The dyskinesia here considered consists of choreiform and/or athetoid movements of a broad range of severity. It may involve extremities — trunk, head and oral structures, in limited or generalized degree. It was demonstrated in a moving picture produced by the author in 1960. The most severe instances resembled Huntington's chorea which had not been evident prior to anti-psychotic drug therapy.

It must be emphasized that the patients herein described had the late type of dyskinesia with choreiform and athetoid movements and *not* dystonia, which is an acute reaction susceptible to immediate treatment with injectable anti-parkinson drugs, nor the classic parkinsonism tremor or muscle rigidity.

The subject of the dyskinesias has become prominent since 1967 through the observations and reports of Crane (1967). Under the stimulus of Crane's reports, the author revived observations and moving pictures of dyskinetic patients made in the late 1950's early 1960's. These showed relief from the dyskinetic condition produced by two non-marketed drugs (SKF-9062, W-1645). Relief from the dyskinesia was shown in the moving picture to be prompt and dramatic. These studies were reported and the pictures shown at a meeting of the Early Clinical Drug Evaluation Unit (E.C.D.E.U.) in Catonsville, Maryland, June 5, 1972.

A report of Gershon (1961) indicating that Yohimbine and some of its derivatives had produced elevation of brain serotonin, suggested that some similar mechanism could be involved in the benefit to the dyskinesia found in the observations of improvement from the dyskinesia produced by W-1645 which was a derivative of Yohimbine similar to that used by Gershon. The mechanism of the observed improvement may have involved interference produced by the Yohimbine derivatives with the storage or release of serotonin, possible increase of serotonin binding induced by Yohimbine, or enzyme blocking produced by the drug.

Since W-1645 had not become available, another drug known to have serotonin "antagonism" (mechanism not determined), and readily available on the market was considered for treatment of dyskinesia. Cyproheptadine (Periactin®) is an active anti-histamine with a high safety factor, and recognized in pre-clinical studies to have strong serotonin antagonism (Fig. 1).

In the last 2 years the author has had to treat three patients who manifested marked dyskinesia of the "late" choreiform-athetoid type after prolonged

272

Psychopharmacology 47 (1976)

Fig. 1.  Cyproheptadine

"maintenance" phenothiazine treatment for schizophrenic psychoses. The results of treatment of the dyskinesias with cyproheptadine is described in the following summarized case reports:

(1) *Patient A.* Patient had been under treatment for paranoid schizophrenia. She had been relieved of paranoid delusions (the television would refer to her unfavorably, etc.), hostility and social disintegration, by medication with carphenazine 50 mg b.i.d. for several years as a maintenance dose. In the earlier years of treatment she required larger doses of the same drug to reach the favorable level of recovery. On a vacation trip abroad, she developed a good deal of restlessness which she attributed to strenuous tourism. When she returned home and was examined, she was found to have marked choreiform-athetotic movements of the lower extremities, arms and trunk. She could not sit quietly without continuous wriggling and almost jumping. Cyproheptadine 2 mg b.i.d. was started. This produced moderate relief within a few days of the odd movements; with increased dose to 4 mg b.i.d. the pathologic movements ceased practically entirely within the next 2 weeks. These movements have not recurred while the patient has continued with the medication at the same dose over 1 year.

(2) *Patient B.* Patient has had a schizophrenic psychosis for about 20 years. She was treated with variable benefit prior to coming under the author's care. She was living in a protected situation as a member of a religious order. When there was a marked recurrence of delusions and hallucinations with loud, uncontrollable conduct, she was brought into the hospital psychiatric department. Treatment with mesoridazine was instituted since medications previously given had lost their effect. Patient rather promptly, within 2 weeks, calmed down, became agreeable and cooperative. She was returned home to her religious community. During the next 2 months, the delusions and hallucinations subsided altogether; after approximately 6 months of treatment she became restless and anxious, obviously not in the previous psychotic

pattern, however. She was found, during an office visit, to be dyskinetic, showed irregular movements of the extremities and trunk, and was frightened and anxious. Cyproheptadine 2 mg b.i.d. for 5 days, then 4 mg b.i.d. was given in addition to the mesoridazine. At the next visit 4 weeks later, patient was calm, the choreiform movements had subsided and she was no longer anxious. She has continued at the same dose of medication for the last 6 months and the dyskinesia has not recurred. It is interesting that there is slight emergence of classic parkinsonism manifestations in minimal occasional tremor of the hands and fingers and slight muscular stiffness. These were definitely not present during the dyskinesic phase. The classic symptoms of parkinsonism promptly subsided after administration of benztropine.

(3) *Patient C.* This patient had been under treatment over an extended period, over 5 years, for what can best be described as a schizo-affective reaction which remained under control with prochlorperazine 25 mg daily as a maintenance dose. Within the last year, he began to manifest restless movements, inability to sit quietly, movements of the trunk and extremities which were recognizable as dyskinetic in characteristic choreiform pattern. Cyproheptadine 4 mg b.i.d. has relieved the patient of the dyskinesic movements while the phenothiazine has continued at an unchanged level.

## DISCUSSION

The effectiveness of cyproheptadine to relieve dyskinesia produced by anti-psychotic medication is attested by these cases. The observations require corroboration by other workers; and the hypothesis of serotonin antagonism as the reason for the beneficial effect must be considered only a tentative idea derived from previous observations and knowledge, with serendipidous clinical usefulness.

## REFERENCES

Crane, G. E.: Involuntary movements in a sample of chronic mental patients and their relation to the treatment with neuroleptics. Int. J. Neuropsychiat. 3, 286—291 (1967)
Gershon, S.: Autonomic and psychic effects of Yohimbine hydrochloride. Psychopharmacologia (Berl.) 2, 93—106 (1961)
Goldman, D.: Moving picture: Neurologic side-effects of psychotherapeutic drugs. Distributed by Merck, Sharp & Dohme Professional Service (1960)

*Received December 29, 1975*

# Psychopharmacology

### Volume 47   Fasc. 1   1976

**Managing Editors**   H. Barry III   J. O. Cole   M. Hamilton   E. Jacobsen   R. W. Russell

**Editorial Board**

H. Barry III, Pittsburgh
D. Bovet, Roma
J. O. Cole, Boston
J. Delay, Paris
J. Elkes, Baltimore

M. Hamilton, Leeds
H. Isbell, Lexington
E. Jacobsen, København
M. E. Jarvik, Los Angeles

S. S. Kety, Boston
C. Kornetsky, Boston
R. W. Russell,
   Bedford Park

M. Shepherd, London
Hannah Steinberg, London
E. Strömgren, Risskov
A. Wikler, Lexington

**Supporting Editors**

M. Adler, Philadelphia
N.-E. Andén, Göteborg
J. Angst, Zürich
J. B. Appel, Columbia, SC
A. M. Barrett, Leeds
H. Blaschko, Oxford
D. P. Bobon, Liège
D. Booth, Birmingham
P.L.Carlton,NewBrunswick
C. K. Connors, Boston
L. Cook, Nutley
A. Coppen, Epsom
P. B. Dews, Boston
A. DiMascio, Boston
E. Domino, Ann Arbor
J. C. Eccles, Buffalo
U. S. von Euler, Stockholm
W. O. Evans, Natick
A. Fessard, Paris
M. Fink, New York
S. Fisher, Boston
R. Fog, Roskilde
S. Garattini, Milano
S. Gershon, New York
S. C. Goldberg,
   Chevy Chase
D. B. Goldstein, Stanford
F. K. Goodwin, Bethesda

R. Granacher, Lexington
S. P. Grossman, Chicago
L.-M. Gunne, Uppsala
V. Hamilton, Reading
H. Hanson, West Point
E. Hartmann, Boston
J. Harvey, Iowa City
R. Hind, Cambridge
H. Hippius, München
L. E. Hollister, Palo Alto
O. Hornykiewicz, Toronto
E. Hosoya, Tokyo
R. P. Hullin, Leeds
W. Hume, Leeds
S. Irwin, Portland
L. L. Iversen, Cambridge
J. Jaffe, Chicago
W. Janke, Düsseldorf
R. T. Jones, San Francisco
M. Jouvet, Lyon
C. R. B. Joyce, Basel
D. Joyce, Perpignan
M. Katz, Rockville
R. Kelleher, Boston
K. F. Killam, Davis
G. Klerman, Boston
N. S. Kline, Orangeburg
M. H. Lader, London

I. P. Lapin, Leningrad
L. Lasagna, Rochester
V. G. Laties, Rochester
A. Latz, Boston
J. Levine, Rockville
O. Lingjærde, Tromsø
R. Lipman, Rockville
A. Lubin, San Diego
E. Marley, London
W. R. Martin, Lexington
J. L. McGaugh, Irvine
D. E. McMillan,
   Chapel Hill
N. Mello, Washington
R. Meyers, Belmont
K. A. Miczek, Pittsburgh
A. F. Mirsky, Boston
C. Niemegeers, Beerse
S. Norton, Kansas City
D. H. Overstreet,
   Bedford Park
D. Overton, Philadelphia
G. Pampiglione, London
P. Pichot, Paris
R. W. Pickens,
   Minneapolis
H. M. van Praag,
   Groningen

S. N. Pradhan, Wash., D.C.
A. Randrup, Roskilde
D. Richter, Epsom
K. Rickels, Philadelphia
R. Rodnight, London
J. T. Rose, Leeds
R. T. Rubin, Los Angeles
M. Sandler, London
J. Scheel-Krüger, Roskilde
J. Schildkraut, Boston
M. Schou, Risskov
C. Schuster, Chicago
R. Shader,
   Newton Centre, MA
C. Shagass, Philadelphia
P. Silverman, Macclesfield
G. M. Simpson, Orangeburg
F. Sjöqvist, Stockholm
J. R. Smythies, Edinburgh
F. Sulser, Nashville
R. Taber, Bloomfield
J. Tecce, Boston
T. Thompson, Minneapolis
P. Venables, Heslington
A. Weissman, Groton, CT
T. Yanagita, Kawasaki
E. Zaimis, London
O. Zangwill, Cambridge



## Springer-Verlag  Berlin  Heidelberg  New York